PROB12A1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

REPORT OF OFFENDER TERMINATION

| | |
|---|---|
| **Offender Name:** | Sharon Dale HEISLER |
| **Docket Number:** | 0972 2:00CR00265-01 GEB |
| **Offender Address:** | Redding, California |
| **Judicial Officer:** | Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 03/09/2001 |
| **Original Offense:** | 18 USC 641, 2 - Theft of Government Property (CLASS C FELONY) |
| **Original Sentence:** | 60-months probation, $100 special assessment, $12,930 restitution |
| **Special Conditions:** | Do not dispose of assets; Financial access; No new credit; No gambling; Treatment program for gambling; Co-pay for treatment |
| **Type of Supervision:** | Probation |
| **Supervision Commenced:** | 03/09/2001 |
| **Assistant U.S. Attorney:** | Mark L. Krotoski   **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Tim Zindel   **Telephone:** (916) 498-5700 |
| **Other Court Action:** | None |

RE:    HEISLER, Sharon Dale
       Docket Number:   0972 2:00CR00265-01 GEB
       <u>REPORT OF OFFENDER TERMINATION</u>

---

**United States Probation Officer Plan/Justification:** The releasee's term of probation terminated on March 8, 2006. Due to an oversight, this petition was not filed prior to the expiration date. However, during the term of supervision, the offender made good faith efforts to pay restitution to the best of her ability. Further collection efforts will be assumed by the United States Attorney's Financial Litigation Unit. Therefore, no further action will be recommended.

Respectfully submitted,

/s/ Joseph N. Gama

**JOSEPH N. GAMA**
**United States Probation Officer**
Telephone: (530) 246-5476

**DATED:**    March 21, 2006
              Redding, California
              JNG:aph

                /s/ Richard A. Ertola
**REVIEWED BY:**
                **RICHARD A. ERTOLA**
                **Supervising United States Probation Officer**

Rev. 04/2005
PROB12A1.MRG

RE:    HEISLER, Sharon Dale
        Docket Number:   0972 2:00CR00265-01 GEB
        <u>REPORT OF OFFENDER TERMINATION</u>

---

**THE COURT ORDERS:**

( X )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

( )   Submit a Request for Modifying the Conditions or Term of Supervision.

( )   Submit a Request for Warrant or Summons.

( )   Other:

**Dated: April 19, 2006**

                          <u>/s/ Garland E. Burrell, Jr.</u>
                          GARLAND E. BURRELL, JR.
                          United States District Judge

cc:    United States Probation
       Mark L. Krotoski, Assistant United States Attorney
       Tim Zindel, Assistant Federal Defender
       United States Attorney's Financial Litigation Unit
       Clerk's Office, Financial Division

Attachment: Presentence Report   (Sacramento only)